**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SENAY KURTULUS,

     Plaintiff,                            Case No.: 1:26-cv-03816

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**<u>SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
|---|---|
| 1 | Jiaolili |
| 2 | wuhanshiyihongkeji |
| 3 | GUOZH |
| 4 | TASNG |
| 5 | puyangyingxinjianshegongcheng |
| 6 | JJIWE |
| 7 | 济南华春茂服装商贸有限公司 |
| 8 | jiangmenshijunhuiqichefuwu |
| 9 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 10 | 室外顶线科技 |
| 11 | HengYangXianZhaoWanShangMaoYouXianGong |
| 12 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 13 | AnZhenJianZhuGongCheng |
| 14 | ZhuShiHuang2025 |
| 15 | yonl |
| 16 | zhujishishangxueqizhenzhi |
| 17 | GuangZhouZhongWuWangLuoKeJi18 |
| 18 | BOXIMIAO |
| 19 | lianwen3 |
| 20 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 21 | 海冯边玩具 |
| 22 | yunchengjingjijishukaifaquhuaxinershoucheqiche |

1

| | |
|---|---|
| 23 | BEIBEEe |
| 24 | MiMaJianCan |
| 25 | zhongshanshiyingxindadengshiy |
| 26 | Aiphamy |
| 27 | 范书柜收纳 |
| 28 | ZainProy |
| 29 | Suncolala |
| 30 | ssonha |
| 31 | 宇垣貿易（7〜12 日でお届け） |
| 32 | JiLinShiLianBinNongYeKeJiYouXianGongSi |
| 33 | Even's shop |
| 34 | Oplp |
| 35 | Lunduo |
| 36 | Sacozy Home |
| 37 | InnovPresent |
| 38 | ChaoLin |
| 39 | Yonglu Liu |
| 40 | anhuishengliuanshiyuan |