Exhibit 1







