## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SENAY KURTULUS,

    Plaintiff,                    Case No.: 1:26-cv-03816

v.                                Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Keri L. Holleb Hotaling
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### DECLARATION OF SENAY KURTULUS

I, Senay Kurtulus, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the artist that creates the Senay Kurtulus Works. I make this declaration from matters within my knowledge, save where otherwise stated.

3.    I am a freelance illustrator and graphic artist. I began studying art at the age of fifteen in the fine arts graphic department of my high school and later earned a degree in industrial product design, followed by a master's degree in interior architecture. I primarily create digital illustrations and surface patterns, focusing on magical, colorful designs for children. My artwork often features mermaids, whimsical characters, animals, and other imaginative subjects inspired by cartoons and a love for beauty and clean aesthetics. Since 2015, I have worked as a freelance illustrator, creating commissioned works and licensing my designs through stock platforms such as Shutterstock.

1

4.      I am the official source of products associated with the Senay Kurtulus Works (the "Senay Kurtulus Products"):



https://www.shutterstock.com/g/senay+kurtulus

5.      I am the owner of the copyright registrations for the Senay Kurtulus copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-431-753; VA 2-431-469; VA 2-431-290; VA 2-431-292; and VA 2-431-472 (the "Senay Kurtulus Works").

6.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7.      My goodwill and reputation are irreparably damaged when the Senay Kurtulus Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Senay Kurtulus copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Senay Kurtulus Works and derivative works.

8.      I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Senay Kurtulus Works are meant to be exclusive rights.

9.     The marketing and distribution of the Senay Kurtulus Works and derivative works are aimed at growing and sustaining sales. When infringers use the Senay Kurtulus Works without authorization, the exclusivity associated with the Senay Kurtulus Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

10.     Uncontrolled profiteering and pirating of the Senay Kurtulus Works create the impression that the copyright rights associated with the Senay Kurtulus Works may be infringed with impunity. The Senay Kurtulus Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Senay Kurtulus Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Senay Kurtulus Works cannot be compensated for financially since it erodes my ability to monetize the Senay Kurtulus Works.

11.     I will suffer immediate and irreparable injury, loss, or damage if an injunction is not issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2026.

_Senay Kurtulus_
_____
Senay Kurtulus

3