**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SENAY KURTULUS,

    Plaintiff,                                                          Case No.: 1:26-cv-03816

v.                                                                                 Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED          Magistrate Judge Keri L. Holleb Hotaling
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**PLAINTIFF'S STATUS REPORT**

Pursuant to ECF Notice [14], Plaintiff, SENAY KURTULUS ("Plaintiff"), hereby files this status report solely on behalf of Plaintiff.

The defendants in this case were properly served on April 27, 2026, pursuant to this Court's Order [14]. A summons returned executed was filed that same day. *See* [17]. At the time of this filing, no defendants have appeared.

Plaintiff filed a motion [19] for entry of default and default judgment on May 26, 2026. A proposed order was submitted to the Court's proposed order inbox that same day. If and once the default judgment order is entered, the case can be terminated at the Court's earliest convenience.

DATED: June 9, 2026                                          Respectfully submitted,

                                           */s/ Keith A. Vogt*
                                         Keith A. Vogt
                                         FL Bar No. 1036084/IL Bar No. 6207971
                                         Keith A. Vogt PLLC
                                         1820 NE 163rd Street, Suite #306
                                         North Miami Beach, Florida 33162
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt